### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, | Civil Case No. |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| ILLUMINA, INC., a Delaware corporation, | |
| Defendant. | |

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Affymetrix, Inc. states that it has no parent corporation and that Axa Financial, Inc. (a wholly-owned subsidiary of AXA), FMR Corp. and Mazama Capital Management Inc. are beneficial owners of 10% or more of Affymetrix's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff, Affymetrix, Inc.*

*Of Counsel*:

Michael J. Malecek
Daniel R. Reed
Peter E. Root
Stephen C. Holmes
AFFYMETRIX, INC.
6550 Vallejo Street
Suite 100
Emeryville, CA 94608
(510) 428-8500

October 24, 2007