**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AFFYMETRIX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-670 JJF |
| | ) |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Illumina, Inc. shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including December 14, 2007.

   /s/ Maryellen Noreika   
Jack B. Blumenfeld #1014
Maryellen Noreika #3208
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff
Affymetrix, Inc.*

   /s/ Richard K. Herrmann   
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant
Illumina, Inc.*

**SO ORDERED** this ____ day of November, 2007.

_____
United States District Court Judge