## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-670-JJF |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |


### ILLUMINA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Illumina, Inc. certifies that Illumina has no parent corporation.  As of December 13, 2007, Morgan Stanley is the only publicly-held corporation that owns 10% or more of Illumina's stock.


Dated:  December 14, 2007          /s/ Richard K. Herrmann
                                                        Richard K. Herrmann (I.D. #405)
                                                        MORRIS JAMES LLP
                                                        500 Delaware Avenue, Suite 1500
                                                        Wilmington, DE 19801
                                                        (302) 888-6800
                                                        rhermann@morrisjames.com

                                                        *Attorneys for Defendant Illumina, Inc.*

2

*Of Counsel*:

Ronald Wawrzyn
FOLEY & LARDNER LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400

Naikang Tsao
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
(608) 257-5035

Liane Peterson
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 500
Washington, DC 20007
(202) 672-5300