IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-670 JJF |
| ILLUMINA, INC., | : |
| Defendant. | : |

### ORDER SETTING RULE 16(b) CONFERENCE

WHEREAS, to minimize travel, counsel has requested to continue the January 11, 2008 Rule 16 Scheduling Conference to coincide with the Pretrial Conference in C.A. No. 04-901;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Scheduling Conference set for January 11, 2008 at 4:30 p.m. is **CANCELLED**.

2. A Scheduling Conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Thursday, February 7, 2008 at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

\_\_\_\_January 10, 2008\_\_\_\_                  /s/ Joseph J. Farnan
DATE                                          UNITED STATES DISTRICT JUDGE