IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant/Counterclaimant. | C.A. No. 07-670 (JJF) |

## STIPULATED ORDER OF DISMISSAL

Plaintiff and Counter-Defendant Affymetrix, Inc. ("Affymetrix") and Defendant and Counterclaimant Illumina, Inc. ("Illumina") hereby stipulate pursuant to Rules 41(a) and (c) of the Federal Rules of Civil Procedure to the dismissal with prejudice of all claims and counterclaims in this action.

The parties further agree that each party shall bear its own costs and attorneys fees incurred in connection with this Civil Action No. 07-670-JJF.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff and
Counter-Defendant
Affymetrix, Inc.*

MORRIS JAMES LLP

/s/ *Richard K. Herrmann*

Richard K. Herrmann (#405)
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendant and
Counterclaimant
Illumina, Inc.*

*Of Counsel*:

Michael J. Malecek
Daniel R. Reed
Peter E. Root
Stephen C. Holmes
AFFYMETRIX, INC.
6550 Vallejo St., Suite 100
Emeryville, CA 94608
(510) 428-8500

*Of Counsel*:

Ronald Wawrzyn
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE