O AO 120 (Rev. 3/04)

| TO: | Mail Stop 8 | REPORT ON THE |
|---|---|---|
| Director of the U.S. Patent and Trademark Office | FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK | P.O. Box 1450 Alexandria, VA 22313-1450 |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following  x Patents or   Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 07-cv-670 | 10/24/2007 | DISTRICT OF DELAWARE |

| PLAINTIFF | DEFENDANT |
|---|---|
| Affymetrix Inc. | Illumina Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,902,723 | 05/11/1999 | Williman J. Dower et al. |
| 2 | US 6,403,320 B1 | 06/11/2002 | Affymnetrix Inc. |
| 3 | US 6,420,169 B1 | 07/16/2002 | Affymetrix Inc. |
| 4 | US 6,576,424 B2 | 06/10/2003 | Affymetrix Inc. |
| 5 | US 7,056,666 | 06/06/2006 | Affymetrix Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
|  | ☐ Amendment   Answer   Cross Bill   Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

DECISION/JUDGEMENT

CASE CLOSED PER STIPULATED ORDER OF DISMISSAL DI#15 ATTACHED

Case 1:07-cv-00670-JJF   Document 16   Filed 01/16/2008   Page 1 of 2

In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | /S/ Dorothy A. Blansfield | 1/16/2008 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation,<br><br>Defendant/Counterclaimant. | C.A. No. 07-670 (JJF) |

## STIPULATED ORDER OF DISMISSAL

Plaintiff and Counter-Defendant Affymetrix, Inc. ("Affymetrix") and Defendant and Counterclaimant Illumina, Inc. ("Illumina") hereby stipulate pursuant to Rules 41(a) and (c) of the Federal Rules of Civil Procedure to the dismissal with prejudice of all claims and counterclaims in this action.

The parties further agree that each party shall bear its own costs and attorneys fees incurred in connection with this Civil Action No. 07-670-JJF.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff and
Counter-Defendant
Affymetrix, Inc.*

MORRIS JAMES LLP

/s/ *Richard K. Herrmann*

Richard K. Herrmann (#405)
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendant and
Counterclaimant
Illumina, Inc.*

*Of Counsel*:

Michael J. Malecek
Daniel R. Reed
Peter E. Root
Stephen C. Holmes
AFFYMETRIX, INC.
6550 Vallejo St., Suite 100
Emeryville, CA 94608
(510) 428-8500

*Of Counsel*:

Ronald Wawrzyn
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-2400

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE